IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>John W. Watson and Lisa G. Watson,<br><br>    Defendants. | Case No. 6:22-cv-03081-MDH |

## Order and Judgment

Pursuant to the Joint Motion for Entry of Consent Judgment among Plaintiff the United States and Defendants John W. Watson and Lisa G. Watson, the Motion is hereby granted.

Accordingly, the Court enters judgment in favor of the United States and against John W. Watson and Lisa G. Watson in the amount of $120,025.41, plus interest and other statutory additions that have accrued and will accrue after August 11, 2022.

**IT IS SO ORDERED.**

Dated: September 6, 2022

*/s/ M. Douglas Harpool*

M. Douglas Harpool
United States District Judge

1